13-CV-00130-CMP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUOI LY,<br><br>    Petitioner,<br><br>v.<br><br>JANET NAPOLITANO, et al.,<br><br>    Respondents. | Case No. C13-130-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

On February 22, 2013, the parties filed a Stipulation and Order of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), requesting that the Court dismiss this action because petitioner has been released from immigration custody pursuant to an Order of Release on Recognizance. Dkt. No. 10. The Court, having reviewed the parties' stipulation, recommends that this action and all claims asserted herein be dismissed without prejudice and without an award of costs or fees to any party. A proposed order accompanies this Report and Recommendation.

DATED this 25 day of February, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND
RECOMMENDATION - 1